firm report of official referee granted. Order signed. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of MORTON ROSENBERG and DOROTHY ROSENBERG HYAMS, as Executors, etc., of CHARLES ROSENBERG, Deceased, for the Appointment of an Official Referee to Take Testimony as to the Ownership of Parcel No. 2 on the Damage Map and in the Final Decree of the Supreme Court as to Damage in the Proceeding to Acquire Title by the City of New York to Certain Lands and Premises Located on Rhine Avenue and Targee .Street, South of Steuben Street, Adjoining the Premises of Public School No. 12, Borough of Richmond, City of New York, Duly Selected as a Site for ,School Purposes, According to Law.— Motion granted. Order signed. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

In the Matter of the Application of CHARLES R. SCHARPEGGER, as Guardian of the Property of ANNA M. SCHARPEGGER KENNEDY, Infant, for Payment of Award Made to Said Infant for Damage Parcel 63 in the Final Decree of the Supreme Court in the Matter of Acquisition of Property on Jamaica Bay for Improvement of Waterfront of the City of New York, Parcel 6.— Motion to direct payment of award granted. Order signed. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

MORRIS KAGAN, Appellant, v. BANKAKTIEBOLAGET NORDEN, Respondent.— Motion to dismiss appeal granted, with ten dollars costs, and appeal dismissed, with costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

MAX C. MEYER, Respondent, v. KESSAN REALTY COMPANY and 25 EASTERN PARKWAY CORPORATION, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

LYDIA A. MCCANN, Respondent, v. PAUL C. SCHNITZLER and JOSEPH WALTER LEOPOLD, as Administrators, etc., of EMMA CARUS LEOPOLD, Otherwise Known as EMMA CARUS, Deceased, Appellants. (Appeal No. 1.) — Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ. Settle order on notice.

LYDIA A. MCCANN, Respondent, v. PAUL C. SCHNITZLER and JOSEPH WALTER LEOPOLD, as Administrators, etc., of EMMA CARUS LEOPOLD, Otherwise Known as EMMA CARUS, Deceased, Appellants. (Appeal No. 2.) — Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ. Settle order on notice.

PAKKO REALTY Co., INC., etc., Appellant, v. BENREB REALTY CORPORATION and Others, Respondents.— Motion to dismiss appeal denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.

. JULIUS J. POPPER, Appellant, v. S. I. K. CORPORATION, Respondent.— Motion to dismiss appeal denied upon condition that appellant perfect the appeal for the February, 1930, term (for which term the case is set down) and be ready for argument when reached, and upon the further condition that appellant pay respondent twenty dollars costs within five days from service of a copy of the order herein; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Hagarty and Carswell, JJ.